**Order entered March 30, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01590-CV

**HO YOO, Appellant**

**V.**

**JULIE ELIZABETH HORNOK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02727-2018**

### ORDER

Before the Court is appellant's March 26, 2020 motion to respond to appellee's sur-responsive brief. In this Court's order dated March 23, 2020, we stated no further briefing would be allowed unless requested by the submissions panel. Accordingly, we **DENY** the motion.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE